UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,

    Plaintiff,

v.                            Case No. 3:25-cv-837-TKW-HTC

SUSAN FINLEY,

    Defendant.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1406(a) because it was filed in the wrong district and transferring it would not be in the interest of justice. *See Pepe v. Pepe*, 2025 WL 1928736 (N.D. Fla. July 14, 2025); *Pepe v. Confreda*, 2025 WL 1735733 (N.D. Fla. June 23, 2025). Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1406(a).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**